APPEAL No. 77-231. ARTHUR RING *et al. v.* STEPHEN R. WALSH. The plaintiffs' motion to dismiss the defendant's appeal as premature, is granted. *Edwards & Angell, Matthew F. Medeiros,* for plaintiffs. *Stephen R. Walsh,* pro se, defendant.

October 13, 1977

M. P. No. 77-220. BARRY J. FARRANDS *v.* WILLIAM LAURIE, *et al.* The respondent's motion to dismiss the petition for writ of habeas corpus on the grounds of mootness is granted, no memorandum in opposition having been filed. *Resmini, Fornaro & Colagiovanni, John E. Fornaro, Jr., Anthony T. Jackvony,* for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Assistant Attorney General, for respondents.

M. P. No. 77-213. STATE *v.* THOMAS FIRTH. This case comes before us on a Rule 9 motion for release pending appeal. For that reason we do not review the action of the trial justice, but rather hear the motion *de novo.* The record supplied to us set forth the reasons for the trial justice's denial of bail pending appeal, and although his findings are not binding on us they are entitled to great weight if supported by competent evidence of probative force. See *Quattrocchi* v. *Langlois,* 100 R.I. 741, 219 A.2d 570 (1966). On examination of the record supplied by the parties, we agree with the trial justice's findings that the defendant's release would pose a threat to the community and that the severity of the sentence might cause the defendant to remove himself from the jurisdiction of the court. Accordingly, we deny the defendant's motion for release on bail pending appeal.

Chief Justice Bevilacqua did not participate. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Assistant Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.